The People of the State of Illinois, Plaintiff-Appellee, *v.* Phillip E. Jaros, Defendant-Appellant.

(No. 73-7; ▮▮▮▮▮▮▮▮▮▮

Second District—October 29, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Ralph Ruebner, Deputy Defender, of Elgin, for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.